# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GREGOR WOODWARD,**
Appellant,

v.

**ORATOR E. WOODWARD,** as Trustee of the
**MARY T. WOODWARD TRUST,**
Appellee.

No. 4D2023-1535

[August 1, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 50-2012-CP-004845-XXXX-NB.

Daniel A. McGowan of Adrian Philip Thomas, P.A., Fort Lauderdale, for appellant.

David L. Gorman of David L. Gorman, P.A., North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***